# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**STATE OF LOUISIANA**                                  **CIVIL ACTION**

**VERSUS**

**PFIZER, INC.**                                  **NO.: 3:13-cv-00727-BAJ-RLB**

## RULING AND ORDER

Before the Court is Plaintiff's Motion to Remand. (Doc. 8). The Magistrate Judge has issued a **REPORT (Doc. 18)** recommending that Plaintiff's Motion be granted, and that Plaintiff's cause of action be remanded to the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, (*id.* at p. 18). Defendant objects to the Magistrate Judge's Report. (Doc. 19).

Having independently considered Plaintiff's Motion to Remand and related filings—including Defendant's objections—the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 18),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **MOTION TO REMAND (Doc. 8)** is **GRANTED** for the reasons explained in the Magistrate Judge's Report (Doc. 18).

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 17th day of July, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

2